# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LARRY P. KOFFMAN, | ) |
| Petitioner, | ) |
| | ) Civil No. 3:10-1065 |
| v. | ) Judge Trauger |
| | ) |
| RICKY J. BELL, Warden, | ) |
| Respondent. | ) |

## O R D E R

The court is in receipt of a letter from *pro se* petitioner Larry Koffman dated January 24, 2011.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to Mr. Koffman and to counsel for the respondent a copy of both the letter and this Order.

It is so **ORDERED.**

Enter this 31st day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge