```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION



LARRY P. KOFFMAN                ]
     Petitioner,                 ]
                                 ]
v.                               ]      No. 3:10-1065
                                 ]      Judge Trauger
RICKY BELL, WARDEN               ]
     Respondent.                 ]
```

## O R D E R

On January 27, 2011, the Court received a letter (Docket Entry No.24) from the petitioner. In the letter, the petitioner asks for "everything the State people have", making reference to the record of his trial and post-conviction proceedings. He also attached a Motion to the letter asking the Court to reconsider his Motion for Appointment of Counsel (Docket Entry No.3).

The respondent has not yet filed an Answer with relevant portions of the state record. However, when the respondent's Answer is filed with the Court, the petitioner shall have an opportunity to request those portions of the record that he needs to enter a reply to the Answer. *See* 28 U.S.C. § 2250.

The petitioner's ignorance of the law, in and of itself, does not constitute circumstances exceptional enough to warrant an appointment of counsel. However, once an Answer is filed, the need for counsel may become more apparent. As a consequence,

petitioner's Motion to reconsider is DENIED at this time. He is free, of course, to renew the Motion after the respondent's Answer has been received.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge