UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY P. KOFFMAN ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:10-1065 |
| ] | Judge Trauger |
| RICKY BELL, WARDEN ] | |
|     Respondent. ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petition (Docket Entry No.1) for writ of habeas corpus lacks merit. Accordingly, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                            Aleta A. Trauger
                                            United States District Judge