UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY P. KOFFMAN | ] | |
|     Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:10-1065 |
| | ] | Judge Trauger |
| RICKY BELL, WARDEN | ] | |
|     Respondent. | ] | |

**O R D E R**

On March 15, 2011, an order (Docket Entry No.33) was entered dismissing the instant habeas corpus action.

Presently before the Court is the petitioner's Motion (Docket Entry No.36) seeking an extension of time in which to file an application for a certificate of appealability.

In the order of dismissal, the Court determined that a certificate of appealability should not issue. That ruling has rendered the petitioner's Motion for an extension of time MOOT and said Motion is DENIED for that reason.

It is so ORDERED.

                                                        Aleta A. Trauger
                                                        United States District Judge